IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

THOMAS MARTIN HUDMON,    )
                         )
    Petitioner,          )
                         )
v.                       )    CIVIL ACTION NO. 3:03cv273-T
                         )              (WO)
ARNOLD HOLT, et al.,     )
                         )
    Respondents.         )

## ORDER

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on July 18, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the petition for habeas corpus relief filed by Thomas Martin Hudmon is DENIED and that this case is DISMISSED with prejudice.

DONE, this the 3rd day of August, 2005.

                                         /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE